RECEIVED
JUL 1 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
AUG 2 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JOHN B. DEVILLIER, JR.** | **CIVIL ACTION NO. 07-255** |
| **VS.** | **SECTION P** |
| **SOUTHWEST LOUISIANA** | **JUDGE DOHERTY** |
| **CRIME LAB** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that Devillier's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915A.

THUS DONE AND SIGNED, in Chambers, in Lafayette, Louisiana, on this 22 day of August, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE